7015.720

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEMYON GRINBLAT, individually and on behalf of all others similarly situated, | STIPULATION OF DISCONTINUANCE WITH PREJUDICE |
| Plaintiff, | |
| -against- | |
| WILLIAM BAY LIMITED LIABILITY COMPANY, 450 BAY STREET LLC, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown, | CASE NO.: 20-cv-1646-EK-SMG |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for Plaintiff, SEMYON GRINBLAT, and the attorneys for Defendants, WILLIAM BAY LIMITED LIABILITY COMPANY and 450 BAY STREET LLC, that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-captioned action and all asserted, and non-asserted, claims, counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. The federal court for the Eastern District of New York will retain jurisdiction and be the proper venue regarding any dispute regarding the settlement agreement between the parties. This stipulation may be signed in counterparts.

1

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, has the same force and effect as an original signature.

Signed: November 10, 2020

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

*Attorney for Plaintiff*
SEMYON GRINBLAT

Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed: November 10, 2020

*Kevin Ry*
Kevin M. Ryan, Esq.

*Attorneys for Defendant*
WILLIAM BAY LIMITED LIABILITY COMPANY

Nicoletti Spinner Ryan Gulino Pinter LLP
555 Fifth Avenue, 8th Floor
New York, NY 10017
Tel: (212) 730-7750
Fax: (212) 730-7850
Email: kryan@nicolettilaw.com

Signed: November 10, 2020

*michaelheitmann*
Michael Heitmann, Esq.

*Attorneys for Defendant*
450 BAY STREET LLC

1946 Victory Boulevard
Staten Island, NY 10314
Telephone: (718) 816-0044
Fax: (718) 816-0064
Email: michael@heitmannlaw.com

**SO ORDERED:**

_____
Eric R. Komitee,
U.S. District Court Judge